UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABD EID YOUNAN MATTA, | Case No. 5:26-cv-00344-HDV-AS |
| Petitioner, | **FINAL JUDGMENT AND INJUNCTION** |
| v. | **JS-6** |
| KRISTI NOEM, *et al*, | |
| Respondents. | |

1

Pursuant to the Court's concurrently-issued Order Granting Motion for Reconsideration and Setting Aside Dismissal, the Court issues the below permanent injunction:

1. Respondents are ordered to immediately release Petitioner from detention.

2. Respondents are ordered to return to Petitioner all property confiscated from him during his arrest and processing into detention, including but not limited to any personal identification, employment authorization document, medical insurance card, money, and documents he received upon entry and release into the United States.

3. Respondents are enjoined and restrained from re-detaining Petitioner unless he receives due process as required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(3) and the Due Process Clause of the Fifth Amendment.

4. Respondents are enjoined and restrained from re-detaining Petitioner under 8 U.S.C. § 1231(a)(6) and 8 C.F.R. §§ 241.4, 241.13 unless and until they have obtained a travel document for his removal.

5. Respondents are enjoined and restrained from removing Petitioner to a third country unless Respondents adhere to the following procedures:

   a. provide Petitioner and his counsel a minimum of ten (10) days to raise a fear-based claim for protection prior to removal;

   b. if Petitioner does assert a fear-based claim for relief from removal, Respondents must provide Petitioner a meaningful opportunity to be heard on his fear-based claim before an immigration judge in compliance with due process.

The Clerk of Court shall enter judgment in favor of Petitioner and close this case.  The Court shall retain jurisdiction to adjudicate any collateral enforcement issues.

Dated: April 29, 2026

_____
Hernán D. Vera
United States District Judge

2